# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

154829

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.

SC: 154829
COA: 324853
Dickinson CC: 07-015064-DM

_____/

On order of the Court, the application for leave to appeal the October 13, 2016 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *Howell v Howell*, ___ US ___; 137 S Ct 400; 197 L Ed 2d 781 (2017).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2017



Clerk

p1115